Universal Camera Corporation, Appellant, v. B. F. Goodrich Company, Respondent.— 

Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.